

# ALIAS CAPIAS

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

On May 22, 2014, in the Fourteenth Court of Appeals of Texas, in Cause No. 14-14-00265-CV, styled *In re Belinda Morales*, the court issued a judgment denying the relief relator, Belinda Morales, requested in her petition for writ of habeas corpus, ordering that an alias capias be issued for the arrest of relator, Belinda Morales, and remanding relator, Belinda Morales, back into the custody of the Sheriff of Harris County, Texas. The judgment follows:

### JUDGMENT

This court heard this cause after granting and issuing a writ of habeas corpus on April 4, 2014. This court holds that relator, Belinda Morales, has failed to demonstrate that the combined judgment of contempt and order of commitment entered March 14, 2014 in the 247th District Court, Harris County, Texas, in Cause No. 2011-64486, is void. Therefore, this court denies relator's petition for writ of habeas corpus.

We further order the clerk of this court to issue an alias capias for the arrest of relator, Belinda Morales, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 247th District Court, Harris County, Texas, in Cause

No. 2011-64486 pursuant to the combined judgment of contempt and order of commitment dated March 14, 2014 by Judge Bonnie Crane Hellums.

YOU ARE COMMANDED to take relator, Belinda Morales, with a last known address of 4155 Meyerwood Dr., Houston, Texas 77025, into your custody and deliver her to the Sheriff of Harris County, Texas, who shall remand relator into custody in accordance with the Judgment of this court.

COMPLETE the attached return and deliver it to this court showing you have executed it.

WITNESS, the Honorable Kem Thompson Frost, Chief Justice of our said Fourteenth Court of Appeals, with the seal thereof annexed, at Houston, Texas, on May 22, 2014.

CHRISTOPHER A. PRINE, CLERK

2

# RETURN

The above writ was received at _____ o'clock [a.m./p.m.], the _____ day of _____, 2014, and was executed by arresting the said Belinda Morales, at _____ o'clock [a.m./p.m.] the _____ day of _____, 2014, and placing her in the Harris County Jail.

SHERIFF, Harris County, Texas

By:_____